**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**TODD & SARGENT INC ET AL**            **CASE NO.  2:24-CV-01397**

**VERSUS**                             **JUDGE JAMES D. CAIN, JR.**

**I F G PORT HOLDINGS LLC**             **MAGISTRATE JUDGE LEBLANC**

**JUDGMENT**

For the reasons stated in the accompanying Memorandum Ruling, the court hereby

**ORDERS, ADJUDGES,** and **DECREES** that the Motion to Consolidate [doc. 11] be

**DENIED AS MOOT,** the Motion to Dismiss [doc. 11] be **GRANTED,** and that all claims

brought in this matter be **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 27th day of May, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**